**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HOMEOWNERS OF AMERICA INSURANCE COMPANY, HOMEOWNERS OF AMERICA HOLDING CORPORATION, PORCH.COM, INC., and PORCH GROUP, INC., <br><br> *Plaintiffs,* <br><br> v. <br><br> CHINA CONSTRUCTION BANK CORPORATION, CHINA CONSTRUCTION BANK (ASIA) CORPORATION LIMITED, and CHINA CONSTRUCTION BANK NEW YORK BRANCH, <br><br> *Defendants.* | Civil Action No. 1:24-cv-03591-VM <br><br> **NOTICE OF APPEARANCE OF WILLIAM DEVANEY** |

TO: The Clerk of the court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant China Construction Bank (Asia) Corporation Limited.

Dated:  May 31, 2024            Respectfully submitted,
        New York, New York

                                By: */s/ William Devaney*
                                    William Devaney
                                    Bar No.: WD 0563
                                    BAKER & MCKENZIE LLP
                                    452 Fifth Avenue
                                    New York, New York 10018
                                    Telephone: (212) 626-4100
                                    william.devaney@bakermckenzie.com

                                    *Attorneys for Defendant China Construction Bank (Asia) Corporation Limited*