```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/7/24
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| HOMEOWNERS OF AMERICA INSURANCE CO., et al., <br><br> Plaintiffs, <br><br> - against - <br><br> CHINA CONSTRUCTION BANK CORP., et al. <br><br> Defendants. | **24 Civ. 3591 (VM)** |
| INCLINE CASUALTY CO. and REDPOINT COUNTY MUTUAL INSURANCE CO., <br><br> Plaintiffs, <br><br> - against - <br><br> CHINA CONSTRUCTION BANK CORP. and CHINA CONSTRUCTION BANK NEW YORK BRANCH, <br><br> Defendants. | **24 Civ. 4392 (VM)** <br><br> **ORDER** |

**VICTOR MARRERO, United States District Judge.**

The Clerk of Court is hereby respectfully **ORDERED** to consolidate these two related cases for pretrial purposes. These two cases shall be coordinated to the extent practicable with one another under one docket for purposes of discovery and pretrial proceedings to promote efficiency in managing and litigating the cases. The files of the two cases shall be maintained under **Case No. 24 Civ. 3591,** the docket number assigned to the first-filed case, and must bear the following caption:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **In re China Construction Bank Corp.** | 24 Civ. 3591 (VM) |
| This Document Relates To: | |

When a pleading or other court filing is intended to apply to both pending actions, the words "All Actions" shall appear immediately after the words "This Document Relates To:" in the caption set out above. When a pleading or other court paper is intended to apply to only one of the pending actions, the party filing the document shall indicate the action to which the document is intended to apply.

The master docket sheet entry will reflect the fact that any particular filing relates to one or more, but less than all, of the plaintiffs. It is the obligation of counsel for the party undertaking such a filing to ensure that any orders entered pursuant to such a filing reflect this limitation.

**SO ORDERED.**

Dated:   7 August 2024
         New York, New York

_Victor Marrero_
U.S.D.J.

2