



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2024

**ArentFox Schiff LLP**

1301 Avenue of the Americas
42nd Floor
New York, NY  10019

212.484.3900    **MAIN**
212.484.3990    **FAX**

afslaw.com

**Dejan Kezunovic**
Counsel
212.484.3931    **DIRECT**
dejan.kezunovic@afslaw.com

September 5, 2024

Via ECF

The Honorable Victor Marrero
United States District Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re:   In re China Construction Bank Corp., 1:24-cv-03591-VM (This document relates to: Incline Casualty Co. et al. v. China Construction Bank Corp., et al.)

Dear Judge Marrero:

      We represent plaintiffs Incline Casualty Company and Redpoint County Mutual Insurance Company (collectively, "Plaintiffs") in the above-referenced consolidated matter.  Following letter practice pursuant to Your Honor's rules in connection with defendants China Construction Bank Corp. and China Construction Bank New York Branch's anticipated motion to dismiss, Plaintiffs filed their Amended Complaint on September 4, 2024 (ECF. No. 42).

      This afternoon, we received a notification from the ECF clerk rejecting the filing on the grounds that "the order granting permission to file the pleading was not attached" and that "the Court's leave has not been granted." Based on Rule 15(a)(1)(B) and Your Honor's rules, it was our understanding that Plaintiffs could file their Amended Complaint without seeking leave of the Court and "as of right" since Defendants have not yet answered or otherwise responded to Plaintiff's original Complaint.

      That said, to the extent leave of the Court is in fact required under these circumstances, we respectfully request that Your Honor issue a short-form order granting Plaintiffs leave to file the Amended Complaint so that we may re-file the Amended Complaint and attach a copy of that order, as required by the ECF clerk.  We will, of course, file a motion to that effect if Your Honor directs us to do so.



Respectfully submitted,

ArentFox Schiff LLP

/s/ Dejan Kezunovic

Dejan Kezunovic


cc:   Dorsey & Whitney LLP
      51 West 52nd Street
      New York, New York 10019-6119

      Sullivan & Cromwell LLP
      125 Broad Street
      New York, New York 10004-2498



Request GRANTED.
Plaintiffs are permitted to re-file their Amended Complaint.

SO ORDERED.
9/6/2024
DATE        VICTOR MARRERO, U.S.D.J.