```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/23/2024
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE CHINA CONSTRUCTION BANK CORP.

**24 Civ. 3591 (VM)**

**ORDER**

This Document Relates To:

HOMEOWNERS OF AMERICA INSURANCE CO., et al., v. CHINA CONSTRUCTION BANK CORP., et al.

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the September 19, 2024, letters from the parties requesting a consolidated briefing schedule for Defendants' forthcoming motion to dismiss Plaintiffs' forthcoming Amended Complaint. (See Dkt. Nos. 52, 53.)

Plaintiffs' request for leave to file an Amended Complaint is granted. Plaintiffs shall file an Amended Complaint by September 26, 2024.

The parties' dueling requests to enter a consolidated briefing schedule is denied as a moot. The parties are directed to comply with this Court's Individual Practice II.B.1 letter procedure with respect to Plaintiffs' forthcoming Amended Complaint.

**SO ORDERED.**

Dated:     23 September 2024
           New York, New York

_Victor Marrero_
U.S.D.J.