USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2024

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IN RE CHINA CONSTRUCTION BANK CORP.

**24 Civ. 3591 (VM)**

---

This Document Relates To:

INCLINE CASUALTY CO., et al., v. CHINA
CONSTRUCTION BANK CORP., et al.

**ORDER**

---

**VICTOR MARRERO, United States District Judge.**

On September 9, 2024, Plaintiffs Incline Casualty Company and Redpoint County Mutual Insurance Company (collectively "Plaintiffs") filed an Amended Complaint in the instant action against Defendants China Construction Bank Corporation ("CCB"), China Construction Bank, New York Branch ("CCBNY"), and China Construction Bank (Asia) Corporation Limited. (Dkt. No. 47).

On October 8, 2024, Defendants CCB and CCBNY notified Plaintiffs by letter of their intent to move to dismiss Plaintiffs' Amended Complaint. (Dkt. No. 57.) CCB and CCBNY have now completed pre-motion to dismiss letter exchange with Plaintiffs regarding Defendants CCB and CCBNY's anticipated motion to dismiss. (See Dkt. Nos. 57, 60, 64.)

Having reviewed the pre-motion letters, the Court is not persuaded that a pre-motion conference is necessary at this time. Accordingly, the Court directs the parties to advise whether they consent for the Court to deem the pre-motion letters to constitute fully briefed motions to dismiss and rule on the basis of those letters, or whether the parties request supplemental or full briefing.

If the parties request supplemental or full briefing, they shall submit a proposed briefing schedule within one (1) week of the date of this Order.

**SO ORDERED.**

Dated:      15 November 2024
            New York, New York

Victor Marrero
U.S.D.J.