```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/26/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IN RE CHINA CONSTRUCTION BANK CORP.

This Document Relates To:

ALL ACTIONS.

24 Civ. 3591 (VM)

**ORDER**

**VICTOR MARRERO**, United States District Judge.

The Court is in receipt of the parties' joint letter regarding the proposed consolidated briefing schedules. Dkt. No. 69. Defendants' request for full briefing is hereby GRANTED.

The parties are directed to comply with the below briefing schedule for all motions to dismiss:

January 14, 2025: Defendants' motions to dismiss due.

February 25, 2025: Plaintiffs' oppositions to Defendants' motions to dismiss due.

March 18, 2025: Defendants' replies due.

**SO ORDERED.**

Dated:    26 November 2024
          New York, New York

_____
Victor Marrero
U.S.D.J.