**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/8/2025
```

---

CLEAR BLUE INSURANCE COMPANY ET
AL.,

                    Plaintiffs,

        - against -

CHINA CONSTRUCTION BANK
CORPORATION ET AL.,
                    Defendants.

---

**24 CV 3591 (VM)**
**24 CV 9247 (VM)**

<u>**ORDER**</u>

**VICTOR MARRERO, United States District Judge.**

The Court is in receipt of the parties' letters regarding jurisdictional discovery and leave to further amend. (<u>See</u> Dkt. Nos. 121, 122[1].) The parties are hereby directed to address these matters to the designated Magistrate Judge pursuant to the referral order filed on August 6, 2025. (<u>See</u> Dkt. No. 116.)

**SO ORDERED.**

Dated:    8 September 2025
          New York, New York

                                        _____
                                             Victor Marrero
                                               U.S.D.J.

---

[1] All docket citations in this order refer to filings in 24 CV 3591.