UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  IN RE CHINA CONSTRUCTION BANK CORP.

                                       **POST-CASE MANAGEMENT**
                                          **CONFERENCE ORDER**

                                             24-CV-3591-VM-KHP
                                             24-CV-4392-VM-KHP

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

       On September 8, 2025 at 11:00 a.m., the parties in the above-captioned action appeared for a case management conference before the undersigned, chiefly to discuss the requisite jurisdictional discovery schedule.  On the record at the conference, the Court ordered that all interrogatory responses and document discovery shall be completed within **60 days** of the date of the conference (i.e., by **November 7, 2025**), and all jurisdictional discovery, including depositions, shall be completed within **90 days** of the date of the conference (i.e., by **December 8, 2025**).  More particularly, the requests shall be served by **September 15, 2025**, with objections and responses due by **November 7, 2025**.  The parties may meet and confer regarding reasonable extensions requests if there are issues with meeting these deadlines.

       The Court also schedules a case management conference for **December 4, 2025, at 10:00 a.m.**, to take place in Courtroom 17-D at 500 Pearl Street, New York, NY 10007.  If the parties anticipate motion practice, they shall promptly file a letter to ECF requesting a conference.

       **SO ORDERED.**

Dated: September 9, 2025                            _____
       New York, New York                       KATHARINE H. PARKER
                                                United States Magistrate Judge