UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
  IN RE CHINA CONSTRUCTION BANK CORP.

**ORDER**

24-CV-3591-VM-KHP
24-CV-4392-VM-KHP

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

In light of the Court's Order on September 9, 2025 at ECF No. 127, the Clerk of Court is respectfully directed to terminate the motions at ECF Nos. 121 and 125.

**SO ORDERED.**

Dated: September 26, 2025
       New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/26/2025

1