```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

  IN RE CHINA CONSTRUCTION BANK CORP.

**ORDER**

**24-CV-3591-VM-KHP**
**24-CV-4392-VM-KHP**

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On November 26 and 27, 2025, Plaintiffs filed motions to compel discovery and requested that the Court hear and decide those motions at the upcoming Case Management Conference on December 4, 2025 (ECF Nos. 136, 137).  The Parties are directed to be prepared to address the pending motions at the December 4, 2025 Conference.

**SO ORDERED.**

Dated: December 1, 2025
        New York, New York                       KATHARINE H. PARKER
                                                 United States Magistrate Judge