UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  IN RE CHINA CONSTRUCTION BANK CORP.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/4/2025
```

**POST-CONFERENCE ORDER**

**24-CV-3591-VM-KHP**
**24-CV-4392-VM-KHP**

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On December 4, 2025 at 10:00 a.m., the parties in the above-captioned action appeared for a case management conference before the undersigned.  As discussed at the conference and set forth below:

On the record, the Court ordered that in response to Plaintiffs' motions at ECF Nos. 136 and 137, Defendant China Construction Bank (Asia) Corporation Limited ("CCB Asia") produce the following documents/information: (1) the names of CCB Asia's U.S. clients; (2) the names of the New York-based banks with which CCB Asia has correspondent accounts or with which CCB Asia has transacted business (including, for example, in connection with corporate deals where CCB Asia has a role or interest); (3) Identify and produce records sufficient to show the volume of and revenue generated from transactions between CCBA Asia and the New York branch of its parent company.

Further, jurisdictional discovery in this matter is extended by 30 days.  Accordingly, any 30(b)(6) depositions and responses to document requests must be completed by **January 8, 2026**.

1

2

The Court also requests a joint status report from the parties by **January 15, 2026** to update the Court on the status of discovery and setting forth any outstanding issues.

**The Clerk of Court is respectfully directed to terminate the motion at ECF Nos. 136 and 137.**

**SO ORDERED.**

Dated: December 4, 2025
New York, New York

_____
KATHARINE H. PARKER
United States Magistrate Judge

2