USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
  IN RE CHINA CONSTRUCTION BANK CORP.

**ORDER**

**24-CV-3591-VM-KHP**
**24-CV-4392-VM-KHP**

------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On January 6, 2026, the parties jointly filed a proposed order requesting an extension of time to: (1) complete written discovery, (2) complete jurisdictional discovery, and (3) submit a joint status report.  Those requests are GRANTED.  Accordingly, CCB Asia's document production will be due by **January 23, 2026**.  The deadline for jurisdictional discovery will be **February 20, 2026,** with any 30(b)(6) depositions to be completed by that date.  Finally, the parties are directed to file a joint status letter by **February 27, 2026**.

    **SO ORDERED.**

Dated: January 7, 2026
    New York, New York

                           KATHARINE H. PARKER
                           United States Magistrate Judge