UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

 IN RE CHINA CONSTRUCTION BANK CORP.

ORDER

24-CV-3591-VM-KHP
24-CV-4392-VM-KHP

-----------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

On April 15, 2026, Plaintiffs filed a letter noticing withdrawal of their pending motion to compel at ECF No. 157.  Given the withdrawal of this motion, the related motions to seal at ECF Nos. 159 and 167 are GRANTED.   The sealed materials at issue here all relate to discovery disputes and a letter motion to compel.  Sealing the documents submitted in conjunction with the now-withdrawn motion to compel appropriately balances the rights and interests at stake under *Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006) and its progeny. *See Ligon v. City of New York,* No. 12 Civ. 2274 (AT), 2021 WL 9629016, at *1 (S.D.N.Y. Dec. 27, 2021) (granting motion to seal after motion to compel had been withdrawn). The parties are reminded of the schedule set forth at ECF No. 164.

**The Clerk of Court is respectfully directed to terminate the pending motions at ECF Nos. 157, 159, and 167. Further, the clerk of Court is respectfully directed to terminate ECF No. 74, 77 and 79 in 24-CV-4392.**

    **SO ORDERED.**

Dated: April 16, 2026                                    _____
    New York, New York                                         KATHARINE H. PARKER
                                                         United States Magistrate Judge

1