UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

  IN RE CHINA CONSTRUCTION BANK CORP.

```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #:_____               │
│ DATE FILED:  4/17/2026               │
└─────────────────────────────────────┘
```

**ORDER**

**24-CV-3591-VM-KHP**

**24-CV-4392-VM-KHP**

-------------------------------------------------------------------X

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE:**

Defendant's objection at ECF No. 174 is noted.  There has been no waiver of

Defendant's jurisdictional defense by virtue of its agreement to produce certain discovery.  The

Court will determine jurisdiction based on the forthcoming briefing.


**SO ORDERED.**

Dated: April 17, 2026
    New York, New York          _____
                             KATHARINE H. PARKER
                             United States Magistrate Judge